IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

AMANDA STONE
o/b/o R.E.H.                                                                                    PLAINTIFF

v.                                    No. 4:16-CV-00747-SWW-JTK

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                       DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED AND REMANDED, with instructions to develop the record as necessary and to perform a proper credibility assessment of testimony offered on R.E.H.'s behalf.

DATED this 23rd day of October, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE