IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

AMANDA STONE
o/b/o R.E.H.                                                                                    PLAINTIFF

v.                              No. 4:16-CV-00747-SWW-JTK

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                       DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED AND REMANDED.

Judgment is entered in favor of the Plaintiff.

DATED this 23rd day of October, 2017.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE